NO. 07-02-0456-CV

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL C

MARCH 3, 2003
_____

ROGER LYNN DAVIS,

Appellant

v.

JAMES R. ZELLER,

Appellee
_____

FROM THE 258TH DISTRICT COURT OF POLK COUNTY;

NO. CIV19,795; HON. LEE ALLWORTH, PRESIDING
_____

Before JOHNSON, C.J., and QUINN and REAVIS, JJ.

Appellant Roger Lynn Davis filed a notice of appeal on October 7, 2002. The clerk's record was filed on October 29, 2002, and Davis' brief was due to be filed on January 16, 2003. It was not filed, but instead Davis filed a document entitled "Appellant's Request to Abate the Appeal and Request for Extension of Time Within Which to Obtain a Ruling from the District Trial Court on a Postjudgment Request for Finding of Facts and Conclusion of Law." On January 13, 2003, this court denied the motion to abate the appeal and extended the deadline by which appellant was to file his brief to February 21,

2003.  We also told him that the failure to file a brief by February 21st would result in the dismissal of the appeal for want of prosecution.  February 21st has lapsed and no brief has been received.

Accordingly, we dismiss the appeal pursuant to Texas Rule of Appellate Procedure 42.3(b) for want of prosecution.


Per Curiam

2